CLAUDE D. WARREN, Respondent, *v.* POST & MCCORD, Appellant.

*Warren* v. *Post & McCord*, 128 App. Div. 572, affirmed.
(Argued May 4, 1910; decided May 20, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Frank V. Johnson* for appellant.

*Thomas J. O'Neill* and *L. F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.